# UNITED STATES DISTRICT COURT
## Western District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ASHLEY SMITH | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** - Short Form<br>CASE NUMBER: DVAW716PO000100-001<br>CASE NUMBER:<br>USM NUMBER:<br><br>WAIVED<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Possession of controlled substance. | 2/7/2016 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 225.00 | $ 25.00 |

It is further ordered that the assessment and fine shall be paid in full within 30 days.

Defendant's Soc. Sec. No.:   3987
Defendant's Date of Birth:   1991

Defendant's Residence Address:
Roanoke, VA

Defendant's Mailing Address:
Roanoke, VA

4/21/2016
Date of Imposition of Judgment

*Robert S. Ballou*
Signature of Judge

Robert S. Ballou, United States Magistrate Judge
Name and Title of Judge

May 12, 2016
Date